925 N.E.2d 1166 (2010)
M.K., respondent,
v.
L.C. et al. (N.G. et al., petitioners).
No. 108057.
Supreme Court of Illinois.
March 24, 2010.
Petition for leave to appeal denied.
In the exercise of this Court's supervisory authority, the Appellate Court, Third District, is directed to vacate its order in M.K. v. N.G. et al., 387 Ill.App.3d 1077, 327 Ill.Dec. 140, 901 N.E.2d 468 (2009). The appellate court is instructed to reconsider its judgment in light of Doe A. v. Diocese of Dallas et al., 234 Ill.2d 393, 334 Ill.Dec. 649, 917 N.E.2d 475 (2009).
BURKE, J., took no part.